140

## UNITED STATES
v.
## ROBERT SMART

1808

JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* *p. 147

PAPERS IN FILE
[None]

## UNITED STATES
v.
## ROBERT SMART

1808

JOURNAL ENTRIES

1. Recognizance . . . . . . . . . *Journal, infra,* *p. 147

PAPERS IN FILE
[None]